# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTIAN ANTHONY RODRIGUEZ,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent.

No. 81096

**FILED**

OCT 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition was docketed on April 28, 2020, without payment of the requisite filing fee. *See* NRAP 21(g). On August 20, 2020, this court granted petitioner an extension of time until September 21, 2020, to pay the $250 filing fee or submit a financial certificate from the Department of Corrections. Petitioner was cautioned that failure to comply would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or submitted a financial certificate from the Department of Corrections. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Christian Anthony Rodriguez
Attorney General/Carson City
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

20-37253